# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: ) | |
| ) | Case No: 10-53142 |
| **Terri Butler** ) | |
| ) | |
| **Debtor** ) | |

## NOTICE OF WITHDRAWAL AND NOTICE OF APPEARANCE

### NOTICE OF WITHDRAWAL

NOTICE IS HEREBY GIVEN that Sean C. Paul, of the law firm Legal Helpers, P.C., hereby withdraws as counsel of record for the Debtor in the above-captioned bankruptcy matter.

### NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that D. Todd Mathews, of the law firm Legal Helpers, P.C., hereby appears as counsel of record for the Debtor and that all future pleadings and other papers should be served upon D. Todd Mathews as indicated below.

Respectfully submitted this 30th day of December, 2010.

By:

*/s/ D. Todd Mathews*
Substituting Attorney
LEGAL HELPERS, P.C.
D. Todd Mathews
515 Olive St, Suite 702
St. Louis, MO 63101
Tel. (314) 588-1520
Fax (314) 588-1476
dtm@legalhelpers.com
Attorney for Debtors