SO ORDERED

Feb 28, 2011

*Barry S Schermer*

BARRY S. SCHERMER
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MISSOURI EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Mary Sheets and referencing** | ) | **CASE NO. 11-40789** |
| **all cases on the attached Exhibit A** | ) | |
| | ) | |
| **DEBTOR** | ) | |

## <u>MOTION FOR SUBSTITUTION OF COUNSEL</u>

COMES NOW, Andrew Magdy of Legal Helpers, P.C., attorney and respectfully presents the motion for substitution of counsel of the present action on the following grounds:

1. Attorney D. Todd Mathews' employment with Legal Helpers has ended.

2. Movant requests that the Court enter an order substituting Andrew Magdy in place of D. Todd Mathews as the attorney of record in the above-captioned case, as well as all of the cases listed on Exhibit A.

Respectfully Submitted,
/s/ D. Todd Mathews
D. Todd Mathews, #52502MO
Legal Helpers, P.C.
515 Olive St, Suite 702
St. Louis, MO 63101
Fax : 314-588-1476
Email: dtm@legalhelpers.com

Respectfully Submitted,
/s/ Andrew Magdy
Andrew Magdy, #60390MO
Legal Helpers, P.C.
515 Olive St, Suite 702
St. Louis, MO 63101
Fax : 314-588-1476
Email: amd@legalhelpers.com

| | | | |
|---|---|---|---|
| **IN RE:** | ) | | |
| | ) | | |
| **Mary Sheets and referencing** | ) | **CASE NO. 11-40789** | |
| **all cases on the attached Exhibit A** | ) | | |
| | ) | | |
| **DEBTOR** | ) | | |

## EXHIBIT SUMMARY

Pursuant to L.R. 9040-1, the following exhibits are referenced in support of the

Motion for Substitution of Counsel filed by Movants:

1. List of Open Cases for attorney D. Todd Mathews created by the Court on

February 25, 2011.

Respectfully Submitted,
/s/ D. Todd Mathews
D. Todd Mathews, #52502MO
Legal Helpers, P.C.
515 Olive St, Suite 702
St. Louis, MO 63101
Fax : 314-588-1476
Email: dtm@legalhelpers.com

Respectfully Submitted,
/s/ Andrew Magdy
Andrew Magdy, #60390MO
Legal Helpers, P.C.
515 Olive St, Suite 702
St. Louis, MO 63101
Fax : 314-588-1476
Email: amd@legalhelpers.com

## Pending Cases for: Mathews , D. Todd (prid: 496924)

| Number | Title | Chapter | Judge | Trustee | Party Role(s) | Dismissed | Discharged |
|--------|-------|---------|-------|---------|---------------|-----------|------------|
| 05-56022 | Cathy R. Hicks | 13 | Schermer | LaBarge | db | | |
| 05-60550 | Charles F. Caito and Sherry G. Caito | 13 | Schermer | LaBarge | db | | |
| 06-41806 | Richard Ray LaFrance and Deborah L. LaFrance | 13 | Surratt-States | LaBarge | db | | |
| 06-42101 | Christopher P. Overmann and Dawn M. Overmann | 13 | Surratt-States | LaBarge | db | | |
| 06-42245 | Denise J. Moran | 13 | Schermer | LaBarge | db | | |
| 06-42343 | Terry J. Kaelin | 13 | Schermer | LaBarge | db | | |
| 06-42696 | Darren G. Pierce and Dana D. Pierce | 13 | Surratt-States | LaBarge | db | | |
| 06-44408 | Maureen J. Foster | 13 | Schermer | LaBarge | db | | |
| 06-45246 | JoAnn Bond | 13 | Schermer | LaBarge | db | | |
| 06-45699 | Anna E. Mirly | 13 | Surratt-States | LaBarge | db | | |
| 06-45907 | Todd E. Brasken and Cynthia L. Brasken | 13 | Surratt-States | LaBarge | db | | |
| 07-40291 | Derrick J. Taylor and Diane Taylor | 13 | Schermer | LaBarge | db | | |
| 07-40943 | Connie F. Dildine and Richard W. Dildine | 13 | Schermer | LaBarge | db | | |
| 07-41822 | Terry L. New and Lori A. New | 13 | Schermer | LaBarge | db | | |
| 07-42398 | Connie Fitzgerald | 13 | Schermer | LaBarge | db | | |
| 07-42636 | Linda Parks | 13 | Surratt-States | LaBarge | db | | |
| 07-43000 | Gerald V. McFadden and Monica I. McFadden | 13 | Schermer | LaBarge | db | | |
| 07-43267 | Laura Jean Watson | 13 | Schermer | LaBarge | db | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 07-43359 | Gary W. Sanders and Rose A. Sanders | 13 | Surratt-States | LaBarge | db | | |
| 07-44264 | Steven L. Calascibetta and Angela G. Calascibetta | 13 | Schermer | LaBarge | db | | |
| 07-44265 | Jim R. Tyler and Terri A. Tyler | 13 | Schermer | LaBarge | db | | |
| 07-44382 | Ronald R. Moses and Kristina M. Moses | 13 | Schermer | LaBarge | db | | |
| 07-44455 | Michael L. Moore and Diane Moore | 13 | Schermer | LaBarge | db | | |
| 07-45178 | Rodney D. Cohen | 13 | Schermer | LaBarge | db | | |
| 07-45461 | Marion C. Strickland | 13 | Schermer | LaBarge | db | | |
| 07-45643 | Dennis Michael Smorada and Beatrice Lucinda Skelton Smorada | 13 | Schermer | LaBarge | db | | |
| 07-45885 | James E. Anderson and Eva D. Anderson | 13 | Surratt-States | LaBarge | db | | |
| 07-46063 | Spencer W. Hammond and Amy M. Hammond | 13 | Schermer | LaBarge | db | | |
| 07-46886 | Leslie M. Rayford and Judith A. Rayford | 13 | Schermer | LaBarge | db | | |
| 07-47396 | Alicia Renee Whitwell and Michael Wayne Whitwell | 13 | Surratt-States | LaBarge | db | | |
| 07-47397 | Elizabeth Carolyn Jacobson and Stanley Ray Jacobson | 13 | Schermer | LaBarge | dh | | |
| 07-48411 | Peter T. Bonham and Jeanne M. Bonham | 13 | Surratt-States | LaBarge | db | | |
| 07-48527 | Lindsay C. Currie and Christopher L. Currie | 13 | Surratt-States | LaBarge | db | | |
| 08-40084 | Carol Walker | 13 | Schermer | LaBarge | db | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08-40529 | Raymond G. Valdes and Peggy A. Valdes | 13 | Surratt-States | LaBarge | db | | |
| 08-40817 | James L. Jaeger | 13 | Schermer | LaBarge | db | | |
| 08-40819 | William F. Cedeck and Diane M. Cedeck | 13 | Surratt-States | LaBarge | db | | |
| 08-41018 | Diana L. Fassel | 13 | Schermer | LaBarge | db | | |
| 08-41147 | Chris R. Schott and Kelly A. Schott | 13 | Surratt-States | LaBarge | db | | |
| 08-41245 | Michael J. Muller | 13 | Schermer | LaBarge | db | | |
| 08-41459 | Rodante A. Gonzales | 13 | Schermer | LaBarge | db | | |
| 08-41778 | Jean E. Turner | 13 | Surratt-States | LaBarge | db | | |
| 08-41780 | Robin A. Corley | 13 | Schermer | LaBarge | db | | |
| 08-42128 | James O. Amerman and Stephanie M. Amerman | 13 | Surratt-States | LaBarge | db | | |
| 08-42355 | Gerald A. Pilz and Judith A. Pilz | 13 | Schermer | LaBarge | db | | |
| 08-42410 | Keith J. Cinotto and Amy D. Babcock-Cinotto | 13 | Surratt-States | LaBarge | db | 01/24/2011 | |
| 08-43016 | Sandra L. Barbeau | 13 | Schermer | LaBarge | db | | |
| 08-43021 | Phyllis M. Salvaggio and Michael Vincent Salvaggio | 13 | Schermer | LaBarge | db | | |
| 08-43024 | Mark W. Stolz and Carrie D. Stolz | 13 | Schermer | LaBarge | db | 02/09/2011 | |
| 08-43371 | Jaime E. Musignac and Mirta Z. Castro | 13 | Surratt-States | LaBarge | db | | |
| 08-43959 | Daria A. Fulton | 13 | Surratt-States | LaBarge | db | | |
| 08-44043 | Rebecca A. Lignoul | 13 | Surratt-States | LaBarge | db | | |
| 08-44527 | Kelly A. Gonzales and Antonio Lee Gonzales | 13 | Schermer | LaBarge | db | | |
| 08-44528 | Eric T. Mueller | 13 | Surratt-States | LaBarge | db | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08-45044 | Patrick R. Hercules and Sherri A. Hercules | 13 | Surratt-States | LaBarge | db | | |
| 08-45132 | James M. Yim and Kimberly R. Yim | 13 | Surratt-States | LaBarge | db | | |
| 08-45927 | Tonya L. Robertson | 13 | Surratt-States | LaBarge | db | | |
| 08-46045 | Lissa A. Been | 13 | Surratt-States | LaBarge | db | | |
| 08-46347 | Daniel J. Danielson | 13 | Schermer | LaBarge | db | | |
| 08-46753 | Mark L. Woods | 13 | Schermer | LaBarge | db | | |
| 08-46982 | Rosie Lee Lockett | 13 | Surratt-States | LaBarge | db | | |
| 08-46984 | Charles K. Carle | 13 | Schermer | LaBarge | db | | |
| 08-46988 | Ronald Austin Brooks | 13 | Schermer | LaBarge | db | | |
| 08-47416 | Dale Deskis and Melanie S Deskis | 13 | Surratt-States | LaBarge | db | | |
| 08-47417 | Rodney H. Hensel and Mary A. Hensel | 13 | Schermer | LaBarge | db | | |
| 08-47418 | Linda Sue Shawhan | 13 | Schermer | LaBarge | db | | |
| 08-47913 | Thomas P. Aquino and Amanda K. Aquino | 13 | Schermer | LaBarge | db | | |
| 08-47914 | Patricia A. Molina | 13 | Schermer | LaBarge | db | | |
| 08-47917 | Michael Merritt and Caroline Booth Merritt | 13 | Schermer | LaBarge | db | | |
| 08-48416 | Robert G. Etling | 13 | Surratt-States | LaBarge | db | 01/07/2011 | |
| 08-49083 | Karen A. Wulf | 13 | Surratt-States | LaBarge | db | | |
| 08-49084 | Philip W. Tripoli and Ruth A. Tripoli | 13 | Schermer | LaBarge | db | | |
| 08-49085 | Edwin P. Mintner | 13 | Schermer | LaBarge | db | | |
| 08-49328 | Daniel W. Russell and Sharon D. Russell | 13 | Surratt-States | LaBarge | db | | |
| 08-49772 | Nikole N. White | 13 | Surratt-States | LaBarge | db | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08-49926 | Ronald D. Goff | 13 | Schermer | LaBarge | db | | |
| 08-49927 | LaShunta R. Crain | 13 | Surratt-States | LaBarge | db | | |
| 08-49932 | David L. Hicks and Yolanda S. Hicks | 13 | Schermer | LaBarge | db | | |
| 09-10924 | Harry L Turner and Janet Lorene Turner | 13 | Schermer | LaBarge | db | | |
| 09-20643 | James P Newman and Cynthia J Newman | 13 | Surratt-States | LaBarge | db | | |
| 09-40449 | Thomas E. Brockman and Karen M. Brockman | 13 | Schermer | LaBarge | db | | |
| 09-40451 | Donna J. Saputo | 13 | Schermer | LaBarge | db | | |
| 09-40827 | William C. Lee | 13 | Schermer | LaBarge | db | | |
| 09-40828 | Daniel K. Franke and Dawn M. Franke | 13 | Surratt-States | LaBarge | db | | |
| 09-40830 | Patrick L. McMahon and Lisa T. McMahon | 13 | Schermer | LaBarge | db | | |
| 09-40832 | Cheryl L. Jordan | 13 | Schermer | LaBarge | db | | |
| 09-41019 | Troy A. Tucker | 13 | Surratt-States | LaBarge | db | | |
| 09-41022 | Francisco Orine and Margaret I. Orine | 13 | Surratt-States | LaBarge | db | | |
| 09-41260 | Joel Keith Meador | 13 | Surratt-States | LaBarge | db | | |
| 09-41834 | Tammy L. Caffery and Kevin D. Caffery | 13 | Surratt-States | LaBarge | db | | |
| 09-42087 | Kevin J. Marshall | 13 | Schermer | LaBarge | db | | |
| 09-42088 | Delores F. Johnson | 13 | Surratt-States | LaBarge | db | | |
| 09-42089 | Catherine Jodi Sutton | 13 | Schermer | LaBarge | db | | |
| 09-42654 | Mark W. Steffen and Charlotte J. Steffen | 13 | Schermer | LaBarge | db | | |
| 09-42952 | Elmer J. Galvin and Mary A. Galvin | 13 | Schermer | LaBarge | db | 01/20/2011 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09-42955 | Jorge Ayala | 13 | Surratt-States | LaBarge | db | | |
| 09-43161 | Janice L. Creach | 13 | Surratt-States | LaBarge | db | | |
| 09-43444 | Terry M. Schalk and Carolyn M. Schalk | 13 | Surratt-States | LaBarge | db | | |
| 09-43502 | Steven S. Crawford and Lana D. Crawford | 13 | Schermer | LaBarge | db | | |
| 09-43626 | Karen M. Lampe and Mark S. Lampe | 13 | Schermer | LaBarge | db | | |
| 09-43627 | Melissa M. Hearst and Elmer P. Hearst | 13 | Schermer | LaBarge | db | | |
| 09-44257 | Julia G. Roland | 13 | Schermer | LaBarge | db | | |
| 09-44352 | JoAnn Love-El | 13 | Schermer | LaBarge | db | 01/28/2011 | |
| 09-45268 | Albert Arismendez and Debra C. Arismendez | 13 | Surratt-States | LaBarge | db | | |
| 09-45541 | Jeffrey A. Tubbs and Janet M. Tubbs | 13 | Surratt-States | LaBarge | db | | |
| 09-45542 | Linda L. Cruise | 13 | Surratt-States | LaBarge | db | | |
| 09-45543 | Maria C. Hicks | 13 | Schermer | LaBarge | db | | |
| 09-45756 | Eunice L. Rayford and Oscar L. Rayford | 13 | Schermer | LaBarge | db | | |
| 09-45758 | Katherine Jamerson | 13 | Schermer | LaBarge | db | | |
| 09-46039 | Benita Ivy-Khonsubey and Khonsubey | 13 | Surratt-States | LaBarge | db | | |
| 09-46163 | Roosevelt Curren | 13 | Surratt-States | LaBarge | db | | |
| 09-46360 | Glenda J Helvey | 13 | Schermer | LaBarge | db | | |
| 09-46530 | Glenn A. Goeke and Carole A. Goeke | 13 | Schermer | LaBarge | db | | |
| 09-46531 | Glenda L Metzger | 13 | Surratt-States | LaBarge | db | | |
| 09-46601 | Jeff R Dietzman | 13 | Schermer | LaBarge | db | 01/28/2011 | |
| 09-46603 | Ronald J Spielman | 13 | Surratt-States | LaBarge | db | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09-46761 | Vance W. Goff and Carla S. Goff | 13 | Surratt-States | LaBarge | db | | |
| 09-47047 | Matthew J. Mee | 13 | Surratt-States | LaBarge | db | | |
| 09-47048 | Bryan K. Clouser and Kristine R. Clouser | 13 | Surratt-States | LaBarge | db | | |
| 09-47343 | Dora J. Humphrey | 13 | Schermer | LaBarge | db | | |
| 09-47344 | John T McCallister and Vicky L McCallister | 13 | Surratt-States | LaBarge | db | | |
| 09-47345 | Linda M Hafley and Richard B. Hafley | 13 | Schermer | LaBarge | db | | |
| 09-47679 | Thomas R Gant and Vicki L Gant | 13 | Schermer | LaBarge | db | | |
| 09-47680 | William Phares and Kelly Phares | 13 | Surratt-States | LaBarge | db | | |
| 09-47904 | Stanley W Minor | 13 | Schermer | LaBarge | db | | |
| 09-47938 | Betty B. Thompson | 13 | Schermer | LaBarge | db | | |
| 09-48184 | David G. Pursell and Phyllis K. Pursell | 13 | Schermer | LaBarge | db | | |
| 09-48187 | Shawn Patrick DeGonia and Robin June DeGonia | 13 | Surratt-States | LaBarge | db | | |
| 09-48190 | Tami I Hayes | 13 | Surratt-States | LaBarge | db | | |
| 09-48234 | Michael A. Williams | 13 | Schermer | LaBarge | db | | |
| 09-48466 | Margaret E. Davis | 13 | Surratt-States | LaBarge | db | | |
| 09-48467 | Brenda J Barnes | 13 | Schermer | LaBarge | db | 02/11/2011 | |
| 09-48468 | Brian D. Looby | 13 | Schermer | LaBarge | db | | |
| 09-48782 | Inez M James | 13 | Schermer | LaBarge | db | | |
| 09-48784 | Herman K Paulette | 13 | Schermer | LaBarge | db | | |
| 09-48954 | Byron L Pore and Tanyi Pore | 13 | Schermer | LaBarge | db | 01/28/2011 | |
| 09-49280 | Timothy J Jackson | 13 | Surratt-States | LaBarge | db | | |
| 09-49548 | Richard W Tockstein and Linda M Tockstein | 13 | Schermer | LaBarge | db | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09-49549 | Michael E Fridrich | 13 | Schermer | LaBarge | db | | |
| 09-49550 | Karen L Lombard | 13 | Surratt-States | LaBarge | db | | |
| 09-49873 | Mary C. Scotino | 13 | Schermer | LaBarge | db | | |
| 09-49986 | Pamela A. Culli | 13 | Schermer | LaBarge | db | | |
| 09-50161 | Darryl G. Clemons and Stella L. Clemons | 13 | Surratt-States | LaBarge | db | | |
| 09-50162 | Sally A Hoechst | 13 | Surratt-States | LaBarge | db | | |
| 09-50409 | William R Vaughn and Laura L Vaughn | 13 | Surratt-States | LaBarge | db | | |
| 09-50556 | Roberto Perez and Jennifer L. Perez | 13 | Schermer | LaBarge | db | | |
| 09-50558 | Iris A. Ward | 13 | Surratt-States | LaBarge | db | 02/18/2011 | |
| 09-50559 | Rose Marie Burton | 13 | Schermer | LaBarge | db | | |
| 09-50709 | Debbie Ann Eckhoff | 13 | Schermer | LaBarge | db | | |
| 09-51090 | Catherine Scott | 13 | Surratt-States | LaBarge | db | | |
| 09-51318 | Anthony C Rice | 13 | Schermer | LaBarge | db | | |
| 09-51446 | Thomas W. Henry | 13 | Surratt-States | LaBarge | db | | |
| 09-51447 | Katherine A Mertz | 13 | Schermer | LaBarge | db | | |
| 09-51577 | Thomas E Parker and Dianne S Parker | 13 | Surratt-States | LaBarge | db | | |
| 09-51578 | Ted L White and Marcia L White | 13 | Surratt-States | LaBarge | db | | |
| 09-51868 | Nancy M. Killingsworth | 13 | Schermer | LaBarge | db | | |
| 09-52031 | June A Gorman | 13 | Surratt-States | LaBarge | db | | |
| 09-52299 | Jaime Margaret Walden and Keith William Walden | 13 | Surratt-States | LaBarge | db | | |
| 09-52300 | Lana D Lake | 13 | Surratt-States | LaBarge | db | | |
| 09-52488 | Helen Oline Muller | 13 | Surratt-States | LaBarge | db | | |

| 09-52493 | Lisa M Taylor | 13 | Schermer | LaBarge | db | | |
|----------|---------------|----|----------|---------|-----|--|--|
| 09-52495 | Cassie Lee Grueneberg | 13 | Surratt-States | LaBarge | db | | |
| 09-52854 | Carolyn L Moriarty | 13 | Surratt-States | LaBarge | db | | |
| 09-52872 | Everett L Goodson and Martina L Goodson | 13 | Surratt-States | LaBarge | db | | |
| 09-53075 | Johnny J Woods | 13 | Schermer | LaBarge | db | | |
| 09-53100 | Leland K Glenn and Deborah D Glenn | 13 | Surratt-States | LaBarge | db | | |
| 09-53205 | Patrick J. Hull | 13 | Schermer | LaBarge | db | | |
| 10-11127 | Jason R Sikes and Andrea J Sikes | 13 | Schermer | LaBarge | db | | |
| 10-11679 | Murat Yalcin and Letha D. Watson | 13 | Schermer | LaBarge | db | | |
| 10-20014 | Michiel J Inness | 13 | Surratt-States | LaBarge | db | | |
| 10-40103 | Timothy A Conklin and Dianna L Conklin | 13 | Schermer | LaBarge | db | | |
| 10-40105 | Van Flowers and Felice Flowers | 13 | Schermer | LaBarge | db | | |
| 10-40128 | Aaron M. Minson and Dawn M. Minson | 13 | Surratt-States | LaBarge | db | | |
| 10-40280 | Christie L. Rogers | 13 | Schermer | LaBarge | db | | |
| 10-40281 | Timothy A. Murray and Brittain S. Murray | 13 | Surratt-States | LaBarge | db | | |
| 10-40518 | Kevin Alexander | 13 | Schermer | LaBarge | db | | |
| 10-41053 | Kimberly L. Porter | 13 | Schermer | LaBarge | db | | |
| 10-41171 | Virgil R Boyer and Deborah A Boyer | 13 | Surratt-States | LaBarge | db | | |
| 10-41387 | Sheila D Cernicek | 13 | Schermer | LaBarge | db | | |
| 10-41389 | Galen D. Hamburger | 13 | Surratt-States | LaBarge | db | | |
| 10-41537 | Tracey L. Raftery and Michael W. Raftery | 13 | Surratt-States | LaBarge | db | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-41727 | Kenneth D. Reppin | 13 | Schermer | LaBarge | db | 01/27/2011 | |
| 10-41872 | Shelia Gaines | 13 | Schermer | LaBarge | db | | |
| 10-41988 | Wendy R Wasson | 13 | Schermer | LaBarge | db | | |
| 10-42305 | David L Stastny | 13 | Schermer | LaBarge | db | | |
| 10-42306 | Edward D Thompson and Tara T Barrant-Thompson | 13 | Surratt-States | LaBarge | db | | |
| 10-42403 | Jason A. Singleton | 13 | Surratt-States | LaBarge | db | | |
| 10-42405 | Thomas C. Redman | 13 | Schermer | LaBarge | db | | |
| 10-42547 | Stanley Austin and Rose M Austin | 13 | Schermer | LaBarge | db | | |
| 10-42566 | James P Loesch and Pamela A Loesch | 13 | Surratt-States | LaBarge | db | | |
| 10-42821 | Siinya L Dulaney | 13 | Schermer | LaBarge | db | | |
| 10-42845 | Alberta E. Tart | 13 | Schermer | LaBarge | db | | |
| 10-43084 | Rosemary Shockley | 13 | Surratt-States | LaBarge | db | | |
| 10-43557 | James A King and Demetra King | 13 | Schermer | LaBarge | db | | |
| 10-43558 | Dominick A Martise and Teri J Martise | 13 | Schermer | LaBarge | db | | |
| 10-43708 | Tony Bush | 13 | Surratt-States | LaBarge | db | | |
| 10-43710 | John Via | 13 | Schermer | LaBarge | db | | |
| 10-43761 | Leon Thomas and Carolyn D Thomas | 13 | Schermer | LaBarge | db | | |
| 10-43828 | Orville F Stolle | 13 | Surratt-States | LaBarge | db | | |
| 10-44012 | LaQueta Russell-Taylor | 13 | Schermer | LaBarge | db | | |
| 10-44187 | Steven B Todd and Debra A Todd | 13 | Surratt-States | LaBarge | db | | |
| 10-44778 | Craig W Slate and Tammy R Slate | 13 | Schermer | LaBarge | db | | |
| 10-45088 | James G Fuqua and LaVerne Fuqua | 13 | Surratt-States | LaBarge | db | | |
| 10-45090 | Dean T Kersting | 13 | Schermer | LaBarge | db | | |
| 10-45345 | Christina D. Jackson | 13 | Schermer | LaBarge | db | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-45518 | Deborah A Bennett | 13 | Surratt-States | LaBarge | db | | |
| 10-45519 | Donald L Leonard and Cheryl D Leonard | 13 | Surratt-States | LaBarge | db | | |
| 10-45520 | Regina M. Keuss | 13 | Schermer | LaBarge | db | | |
| 10-45641 | Yancey S Temple and Fonda D Temple | 13 | Schermer | LaBarge | db | | |
| 10-45812 | Bobbie S. Hughes | 13 | Surratt-States | LaBarge | db | | |
| 10-45972 | Estelita F Carandang | 13 | Surratt-States | LaBarge | db | | |
| 10-45974 | Cynthia M. Miller | 13 | Schermer | LaBarge | db | | |
| 10-45978 | Jefrey L. Smith and Karen J. Smith | 13 | Schermer | LaBarge | db | | |
| 10-46066 | Gregory T Holley and Diane L Holley | 13 | Surratt-States | LaBarge | db | | |
| 10-46193 | Peggy M. Vanderbos | 13 | Surratt-States | LaBarge | db | | |
| 10-46468 | Randall B Dean | 13 | Surratt-States | LaBarge | db | | |
| 10-46515 | Michael A. Swarm and Carolyn M. Swarm | 13 | Schermer | LaBarge | db | 01/13/2011 | |
| 10-46518 | Barbara J. Quinn | 13 | Surratt-States | LaBarge | db | | |
| 10-46672 | Stanley D. Balleydier and Keni M. Bellah-Balleydier | 13 | Schermer | LaBarge | db | | |
| 10-46811 | Sheila Harrison | 13 | Schermer | LaBarge | db | | |
| 10-46812 | Denise Townson | 13 | Surratt-States | LaBarge | db | 01/20/2011 | |
| 10-46813 | Richard L Jones | 13 | Surratt-States | LaBarge | db | | |
| 10-46814 | Lawrence W Irving and Wendy R. Irving | 13 | Schermer | LaBarge | db | | |
| 10-46976 | Evelyn D. Harris | 13 | Surratt-States | LaBarge | db | | |
| 10-46977 | Kyle S Calac and Gail M Calac | 13 | Schermer | LaBarge | db | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-47062 | Brian P. Feldewerth | 13 | Schermer | LaBarge | db | 01/13/2011 | |
| 10-47107 | Kelly J. Ward | 13 | Surratt-States | LaBarge | db | | |
| 10-47258 | Beverly A Tosie | 13 | Surratt-States | LaBarge | db | | |
| 10-47595 | Patrick G. Hanff and Debra Hanff | 13 | Schermer | LaBarge | db | | |
| 10-47669 | Harry Quiroz | 13 | Schermer | LaBarge | db | | |
| 10-47856 | Laurence B. Pratt | 13 | Schermer | LaBarge | db | | |
| 10-48142 | James L Schlechter and Patricia M Schlechter | 13 | Schermer | LaBarge | db | | |
| 10-48591 | Kenneth W Jackson | 13 | Surratt-States | LaBarge | db | | |
| 10-48592 | Robert N. House and Leslie C. House | 13 | Schermer | LaBarge | db | | |
| 10-48690 | Kevin J Hayes | 13 | Surratt-States | LaBarge | db | 02/07/2011 | |
| 10-48699 | Michael A. Alexander and Jessica M. Alexander | 13 | Schermer | LaBarge | db | | |
| 10-48884 | Eric L. Brown and Melissa V. Brown | 13 | Schermer | LaBarge | db | | |
| 10-48885 | Mark D Bacher and Christina R Bacher | 13 | Schermer | LaBarge | db | | |
| 10-48886 | Mathew K Daugherty and Laura J Daugherty | 13 | Surratt-States | LaBarge | db | | |
| 10-48887 | Robyn A. Joest | 13 | Schermer | LaBarge | db | | |
| 10-49191 | Felipe J. Lorenzo | 13 | Schermer | LaBarge | db | | |
| 10-49192 | Rodney M. Dunn and Dawn M. Dunn | 13 | Schermer | LaBarge | db | | |
| 10-49461 | William B Bartlett | 13 | Surratt-States | LaBarge | db | | |
| 10-49462 | Gary D Conway and Kim Conway | 13 | Surratt-States | LaBarge | db | | |
| 10-49463 | Shelby Jacobs | 13 | Schermer | LaBarge | db | | |
| 10-49756 | John N Budd | 13 | Surratt-States | LaBarge | db | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-49758 | Vincent K Mukaza and Patricia M Mukaza | 13 | Surratt-States | LaBarge | db | | |
| 10-50109 | Carolyn R White | 13 | Schermer | LaBarge | db | | |
| 10-50110 | John L Rhoads | 13 | Schermer | LaBarge | db | | |
| 10-50174 | Billy Griffin and Ericka Griffin | 13 | Surratt-States | LaBarge | db | | |
| 10-50333 | Ralph P Martin and Janet M Martin | 13 | Schermer | LaBarge | db | | |
| 10-50334 | Douglas K Runge and Sheryl S Runge | 13 | Schermer | LaBarge | db | | |
| 10-50335 | Rachel M Stucke | 13 | Surratt-States | LaBarge | db | | |
| 10-50336 | Betty L Travis | 13 | Schermer | LaBarge | db | | |
| 10-50539 | Richard D Payne and Janice L Payne | 13 | Surratt-States | LaBarge | db | | |
| 10-50540 | Trent V Brown and Carla S Brown | 13 | Schermer | LaBarge | db | | |
| 10-50677 | William Johnson | 13 | Surratt-States | LaBarge | db | | |
| 10-50678 | John L Gillespie and Patricia Gillespie | 13 | Schermer | LaBarge | db | | |
| 10-50873 | Mark Disbrow and Margaret I Disbrow | 13 | Surratt-States | LaBarge | db | | |
| 10-50988 | Drew S Schenck and Bridget E Barrett | 13 | Schermer | LaBarge | db | | |
| 10-50989 | Suellen Flaks and Leonard Hillel Flaks | 13 | Surratt-States | LaBarge | db | | |
| 10-51014 | Izola Rucker | 13 | Schermer | LaBarge | db | | |
| 10-51161 | John Dean | 13 | Schermer | LaBarge | db | | |
| 10-51164 | Sue E Velez | 13 | Surratt-States | LaBarge | db | | |
| 10-51344 | William M Strobl and Brenda L Strobl | 13 | Surratt-States | LaBarge | db | | |
| 10-51356 | Darnell Sanders and Beverly D Sanders | 13 | Surratt-States | LaBarge | db | | |
| 10-51510 | Darrell K Johnson and Jodi Johnson | 13 | Schermer | LaBarge | db | | |
| 10-51511 | Deandrea L Greenlee | 13 | Schermer | LaBarge | db | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-51542 | Meia M Mundy | 13 | Surratt-States | LaBarge | db | | |
| 10-51630 | Johnny Maxey and Bonita G Maxey | 13 | Schermer | LaBarge | db | | |
| 10-51631 | Eric J Williams | 13 | Surratt-States | LaBarge | db | | |
| 10-51722 | Ernest Brown and Renee Y Brown | 13 | Schermer | LaBarge | db | | |
| 10-51724 | Julie C Bland | 13 | Surratt-States | LaBarge | db | | |
| 10-51879 | John H. Bure and Rene K. Bure | 13 | Surratt-States | LaBarge | db | | |
| 10-51968 | Troy D Harper and Tabitha A Harper | 13 | Surratt-States | LaBarge | db | | |
| 10-51996 | David M. Hoeing and Antoinette Hoeing | 13 | Surratt-States | LaBarge | db | | |
| 10-52056 | Richard B. Murray and Linda R Murray | 13 | Schermer | LaBarge | db | | |
| 10-52234 | James T Johnson | 13 | Surratt-States | LaBarge | db | | |
| 10-52299 | Nikki S. Jones | 13 | Schermer | LaBarge | db | | |
| 10-52300 | Cynthia Moseby | 13 | Surratt-States | LaBarge | db | | |
| 10-52452 | Robert P Gibson and Christine A Gibson | 13 | Surratt-States | LaBarge | db | | |
| 10-52453 | Wade A Smith and Britnee L Smith | 13 | Schermer | LaBarge | db | | |
| 10-52454 | Jimmy Jones and Opaline Gordon | 13 | Schermer | LaBarge | db | | |
| 10-52455 | Kevin P Schuster | 13 | Schermer | LaBarge | db | | |
| 10-52574 | William Bell | 13 | Surratt-States | LaBarge | db | | |
| 10-52734 | Charles H. Swederska | 13 | Surratt-States | LaBarge | db | | |
| 10-52735 | Gary D Brown and Goldie A Brown | 13 | Surratt-States | LaBarge | db | | |
| 10-52911 | Dajuane E Chandler and Karen A Chandler | 13 | Surratt-States | LaBarge | db | | |

| 10-53004 | Verna J Coleman | 13 | Surratt-States | LaBarge | db | | |
| 10-53133 | David A. Hill and Theresa L Hill | 13 | Schermer | LaBarge | db | | |
| 10-53354 | Roy D McMillin and Earnestine G McMillin | 13 | Surratt-States | LaBarge | db | | |
| 10-53447 | Charlene L. Booker | 13 | Schermer | LaBarge | db | | |
| 10-53449 | Will G Darris | 13 | Schermer | LaBarge | db | | |
| 10-53509 | Heather M Mayfield | 13 | Schermer | LaBarge | db | | |
| 10-53762 | Anita L Morton | 13 | Schermer | LaBarge | db | | |
| 10-53862 | David A Toland and Christine M Toland | 13 | Schermer | LaBarge | db | | |
| 10-53923 | Ellis L Rowry and Juana E Rowry | 13 | Schermer | LaBarge | db | | |
| 10-53927 | Villaya M. Royal | 13 | Schermer | LaBarge | db | | |
| 10-53931 | Judith M Hausner | 13 | Surratt-States | LaBarge | db | | |
| 10-53983 | Michael W Agnew and Donna S Agnew | 13 | Schermer | LaBarge | db | | |
| 10-53984 | Mary A Pohlman | 13 | Schermer | LaBarge | db | | |
| 10-54139 | Mark Meomuttel | 13 | Surratt-States | LaBarge | db | | |
| 10-54140 | Morrell Brown and Mary L. Brown | 13 | Schermer | LaBarge | db | | |
| 10-54141 | Cornelius M. McGhee | 13 | Schermer | LaBarge | db | | |
| 10-54142 | Antony D Jones | 13 | Schermer | LaBarge | db | | |
| 10-54531 | Sandra J. Fisher | 13 | Surratt-States | LaBarge | db | | |
| 10-54674 | Willie Neal and Stephanie J Neal | 13 | Schermer | LaBarge | db | | |
| 10-54675 | Douglas M Hanks and Debora J Hanks | 13 | Schermer | LaBarge | db | | |
| 10-54677 | Willie A. Wilson and Sheila A. Wilson | 13 | Schermer | LaBarge | db | | |
| 10-54682 | Christopher G Beckemeier and Colleen M Beckemeier | 13 | Surratt-States | LaBarge | db | | |

| 11-40299 | Richard M. West | 13 | Schermer | LaBarge | db | | |
|---|---|---|---|---|---|---|---|
| 11-40307 | James H Keeling and Paula J Keeling | 13 | Surratt-States | LaBarge | db | | |
| 11-40386 | Erica R Threnn | 13 | Schermer | LaBarge | db | | |
| 11-40520 | James L Dixon | 13 | Schermer | LaBarge | db | | |
| 11-40530 | Lee A Beasley | 13 | Surratt-States | LaBarge | db | | |
| 11-40766 | Louis P Rohrer and Gloria D Rohrer | 13 | Schermer | LaBarge | db | | |
| 11-40836 | Michael R Ligibel and Janet M Ligibel | 13 | Schermer | LaBarge | db | | |
| 11-40892 | Veronica P. Ladipo | 13 | Schermer | LaBarge | db | | |
| 11-40997 | Russell D Guthrie and Polly A Guthrie | 13 | Surratt-States | LaBarge | db | | |
| 11-41000 | Sean L Noble and Katrice Noble | 13 | Surratt-States | LaBarge | db | | |
| 07-40369 | Kai Chantre Henderson | 7 | Schermer | Sosne | db | | |
| 07-47100 | Christopher S. Carmona and Lisa M. Carmona | 7 | Surratt-States | Davis | db | | |
| 09-42075 | Kandace V Cockrell | 7 | Rendlen | Blackwell | db | | 06/17/2009 |
| 09-48366 | Altovise Johnson | 7 | Rendlen | Cruse | db | | 12/01/2009 |
| 09-48793 | Bradley R Bateman and Victoria K Bateman | 7 | Schermer | Brown | db | | 12/09/2009 |
| 09-49273 | Keisha L Standridge | 7 | Rendlen | Brown | db | | 12/22/2009 |
| 09-50330 | John C Krupp | 7 | Rendlen | Brown | db | | 01/20/2010 |
| 09-50976 | Daniel I Hedrick and Tiffany R Hedrick | 7 | Rendlen | Sosne | db | | 02/08/2010 |
| 09-51313 | Michael Green and Ruby L Green | 7 | Rendlen | Sosne | db | | 02/17/2010 |
| 09-52019 | Ozell Mays | 7 | Rendlen | Cruse | db | | 03/02/2010 |
| 09-52853 | Rick D Albertson and Natalie E Albertson | 7 | Surratt-States | Riske | db | | 08/09/2010 |
| 09-53063 | Courtney A Strong | 7 | Schermer | Cruse | db | | 03/30/2010 |
| 09-53064 | Lorraine A Phenix | 7 | Rendlen | Cruse | db | | 03/30/2010 |
| 09-53201 | Jennifer A Foster | 7 | Rendlen | LaBarge | db | | 04/06/2010 |

Untitled Document                          https://ecf.moeb.circ8.dcn/cgi-bin/moeb_atyCases2.pl

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-11126 | Karen L Hollerbach | 7 | Schermer | O'Loughlin | db | | 12/10/2010 |
| 10-11659 | Richard T Turnbough and Elizabeth R Turnbough | 7 | Schermer | O'Loughlin | db | | |
| 10-40096 | Hazel L Cayce | 7 | Schermer | Sosne | db | | 04/13/2010 |
| 10-40098 | Tamica N Hughes | 7 | Surratt-States | Sosne | db | | 04/13/2010 |
| 10-40100 | Charles A Hollingsworth and Dayla S Hollingsworth | 7 | Rendlen | Sosne | db | | 04/13/2010 |
| 10-40288 | Cory M Marek | 7 | Surratt-States | Riske | db | | 04/14/2010 |
| 10-40515 | Terry D Gabriel and Victoria L Gabriel | 7 | Rendlen | Cruse | db | | 04/27/2010 |
| 10-40748 | Aramis D Robinson | 7 | Rendlen | Sosne | db | | 05/11/2010 |
| 10-40749 | Teresa Marie West | 7 | Schermer | Sosne | db | | 05/11/2010 |
| 10-40751 | Terrie L. Gilley | 7 | Rendlen | Sosne | db | | 05/11/2010 |
| 10-40974 | Velma M. Roberson | 7 | Rendlen | Radloff | db | | 05/17/2010 |
| 10-41170 | Gina L. Hellweg | 7 | Surratt-States | Riske | db | | 05/17/2010 |
| 10-41729 | James F Moe and Elizabeth M Moe | 7 | Rendlen | Blackwell | db | | 10/26/2010 |
| 10-44017 | Emily M Yowell | 7 | Schermer | DeWoskin | db | | 08/06/2010 |
| 10-44095 | Larry Brew | 7 | Schermer | Cruse | db | | 07/20/2010 |
| 10-45334 | Delilah Wilkes | 7 | Surratt-States | Cruse | db | | 08/18/2010 |
| 10-45337 | Gary L Davis and Dawn R Davis | 7 | Rendlen | Cruse | db | | 08/18/2010 |
| 10-46679 | Annastacia L Kurtz | 7 | Rendlen | Davis | db | | 10/04/2010 |
| 10-47978 | Walter Potoshnik | 7 | Surratt-States | Cruse | db | | 10/25/2010 |
| 10-48883 | Vernell L Sims | 7 | Rendlen | Brown | db | | 11/10/2010 |
| 10-49175 | Sharon A. Breeden | 7 | Rendlen | Radloff | db | | 11/09/2010 |
| 10-49454 | Angela M Riese | 7 | Rendlen | Brown | db | | 11/23/2010 |
| 10-49632 | Mark S Gaia-Mauer and Maurya P Gaia-Mauer | 7 | Rendlen | Cruse | db | | 11/30/2010 |

| 10-49633 | Deanna K Denney | 7 | Rendlen | Cruse | db | | 11/30/2010 |
|---|---|---|---|---|---|---|---|
| 10-49634 | Jeffery L. Miller and Michelle W. Wright-Miller | 7 | Schermer | Cruse | db | | 11/30/2010 |
| 10-49639 | Tracey M. Smith | 7 | Surratt-States | Blackwell | db | | 11/24/2010 |
| 10-50330 | James Mixon and Iulla Mixon | 7 | Schermer | Sosne | db | | |
| 10-50533 | Zirar Baper | 7 | Schermer | Cruse | db | | 02/08/2011 |
| 10-51197 | Della Aridge | 7 | Schermer | Brown | db | | |
| 10-51345 | Nathalic J Goldston | 7 | Schermer | Riske | db | | 01/04/2011 |
| 10-51620 | Robert M Schuessler and Marian E Schuessler | 7 | Rendlen | Davis | db | | |
| 10-51629 | Nicole L Hall | 7 | Rendlen | Davis | db | | |
| 10-51731 | Paul R Brown and Tina M Brown | 7 | Schermer | Sosne | db | | 01/19/2011 |
| 10-51882 | Melony F Eding | 7 | Rendlen | Cruse | db | | 01/19/2011 |
| 10-51886 | Nichole L Harris | 7 | Schermer | Cruse | db | | 01/19/2011 |
| 10-52171 | Clifford W. Adams and Michelle D Jackson-Adams | 7 | Rendlen | Brown | db | | 01/18/2011 |
| 10-52266 | Suzette M Stoyanov | 7 | Rendlen | Riske | db | | 02/01/2011 |
| 10-52724 | Vonceal Wilkerson and Lisa J Wilkerson | 7 | Rendlen | Sosne | db | | 02/09/2011 |
| 10-52944 | Carrie E Rudy | 7 | Surratt-States | Brown | db | | 02/16/2011 |
| 10-52945 | Douglas A Edmondson | 7 | Rendlen | Brown | db | | 02/16/2011 |
| 10-52947 | Judith E Parish-Williams | 7 | Rendlen | Brown | db | | |
| 10-52948 | Joseph M Caito and Tanya A Caito | 7 | Rendlen | Brown | db | | |
| 10-52950 | Burton Lane | 7 | Rendlen | Brown | db | | 02/16/2011 |
| 10-52951 | Richard Watson and Valerie Watson | 7 | Rendlen | Brown | db | | |
| 10-53074 | Byron R Brooks | 7 | Surratt-States | Riske | db | | 02/09/2011 |
| 10-53075 | AC Crayton | 7 | Rendlen | Casc | db | | 02/23/2011 |

| 10-53076 | Rhonda M Boykin | 7 | Schermer | Case | db | | |
|---|---|---|---|---|---|---|---|
| 10-53077 | Robert W Rodgers | 7 | Rendlen | Case | db | | 02/23/2011 |
| 10-53078 | Shelia L Brokaw | 7 | Surratt-States | Case | db | | 02/23/2011 |
| 10-53082 | Michelle A Poole | 7 | Surratt-States | Case | db | | 02/23/2011 |
| 10-53139 | David R Hoemann and Peggy R Hoemann | 7 | Schermer | Case | db | | 02/23/2011 |
| 10-53140 | Marvin E Whaley | 7 | Schermer | Case | db | | 02/23/2011 |
| 10-53141 | Jack B Parker and Mary J Parker | 7 | Schermer | Case | db | | 02/23/2011 |
| 10-53142 | Terri L Butler | 7 | Schermer | Case | db | | 02/23/2011 |
| 10-53143 | Ruby L. Brimer | 7 | Surratt-States | Case | db | | 02/23/2011 |
| 10-53145 | Chiquitta M Gaines | 7 | Rendlen | Case | db | | 02/23/2011 |
| 10-53264 | Terrell Warren and Fatima L Warren | 7 | Rendlen | Case | db | | 02/22/2011 |
| 10-53266 | Sharmin Noltkamper | 7 | Rendlen | Case | db | | 02/22/2011 |
| 10-53268 | Rochelle D Black | 7 | Surratt-States | Case | db | | 02/22/2011 |
| 10-53269 | Dock Williams and Linda A Williams | 7 | Schermer | Case | db | | 02/22/2011 |
| 10-53271 | Jacqueline Jackson | 7 | Surratt-States | Case | db | | 02/22/2011 |
| 10-53272 | Melody N Sutton | 7 | Surratt-States | Case | db | | 02/22/2011 |
| 10-53273 | Gary A Johnson and LaDon Johnson | 7 | Surratt-States | Case | db | | 02/22/2011 |
| 10-53274 | Tawana M Williams | 7 | Schermer | Case | db | | 02/22/2011 |
| 10-53445 | Patrick W O'Keefe and Heather M O'Keefe | 7 | Surratt-States | Brown | db | | |
| 10-53446 | Bradley D Barton and Valerie K Barton | 7 | Surratt-States | Brown | db | | |
| 10-53448 | Michael H Knox | 7 | Surratt-States | Brown | db | | |
| 10-53450 | David A Webb | 7 | Schermer | Brown | db | | |
| 10-53451 | Sherry Mann | 7 | Rendlen | Brown | db | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-53452 | Damaris M Clay | 7 | Rendlen | O'Loughlin | db | | |
| 10-53453 | Barbara L Hopkins | 7 | Schermer | Brown | db | | |
| 10-53454 | Lauren N Smith | 7 | Rendlen | Brown | db | | |
| 10-53455 | Johnnie M Byrd-Carter | 7 | Rendlen | Blackwell | db | | |
| 10-53661 | Farshid Soltanshahi | 7 | Rendlen | Blackwell | db | | |
| 10-53757 | RW L Crocker | 7 | Rendlen | Case | db | | |
| 10-53758 | Cindy L Stewart | 7 | Surratt-States | Case | db | | |
| 10-53759 | Mildred J. Bridges | 7 | Rendlen | Case | db | | |
| 10-53763 | Florrene Jones | 7 | Surratt-States | Case | db | | |
| 10-53765 | Louise A Gibson | 7 | Surratt-States | Case | db | | |
| 10-53766 | Christopher D Westbrook | 7 | Rendlen | Case | db | | |
| 10-53767 | John R Fowler | 7 | Rendlen | Case | db | | |
| 10-53769 | Arnold D Booker and Angela D Booker | 7 | Rendlen | Case | db | | |
| 10-53772 | Dennis M Buehler | 7 | Rendlen | Case | db | | |
| 10-53774 | Benjamin J Brokaw | 7 | Surratt-States | Case | db | | |
| 10-53915 | Diana M Dickerson | 7 | Surratt-States | Case | db | | |
| 10-53916 | Letyasha M Russell | 7 | Rendlen | Case | db | | |
| 10-53917 | Megan J Hansen | 7 | Rendlen | Case | db | | |
| 10-53918 | Wayne E Minx and Sharon Minx | 7 | Schermer | Case | db | | |
| 10-53919 | Patricia A Watts | 7 | Surratt-States | Case | db | | |
| 10-53978 | Jimmy D Strosnider and Neva A Strosnider | 7 | Rendlen | Case | db | | |
| 10-53979 | Tasha N Smith | 7 | Surratt-States | Case | db | | |
| 10-53980 | Andrew D Kiphart | 7 | Schermer | Riske | db | | |
| 10-54149 | Charles A. Brown | 7 | Schermer | Radloff | db | | |
| 10-54150 | Kyairra S Dought | 7 | Rendlen | Radloff | db | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-54151 | Stephen T Beatty and Janet M Beatty | 7 | Rendlen | Radloff | db | | |
| 10-54152 | Andrew A Reid and Cheryl L Reid | 7 | Schermer | Radloff | db | | |
| 10-54462 | Jamielle M Brown | 7 | Rendlen | Cruse | db | | |
| 10-54463 | James C Pettus | 7 | Surratt-States | Cruse | db | | |
| 10-54464 | Kenisha R Watkins | 7 | Rendlen | Cruse | db | | |
| 10-54465 | Jere Scott Sloan | 7 | Rendlen | Cruse | db | | |
| 10-54466 | Walter L Bilbrey and Karon L Bilbrey | 7 | Rendlen | Cruse | db | | |
| 10-54467 | Brandon A. Naumann and Jacquelyn E. Naumann | 7 | Rendlen | Cruse | db | | |
| 10-54469 | Deborah E Newsome | 7 | Schermer | Cruse | db | | |
| 10-54471 | Judith B Connor | 7 | Rendlen | Cruse | db | | |
| 10-54472 | Christopher K Eckert | 7 | Surratt-States | Brown | db | | |
| 10-54473 | Willie J Luckett | 7 | Rendlen | Brown | db | | |
| 10-54474 | Ricky L Lee and Madelyn K Moore-Lee | 7 | Rendlen | Brown | db | | |
| 10-54666 | Laura D Kausch | 7 | Schermer | Case | db | | |
| 10-54667 | Scott D Leahr and Yvonne M Leahr | 7 | Rendlen | Blackwell | db | | |
| 10-54668 | Reet Thomas | 7 | Rendlen | Case | db | | |
| 10-54669 | Tonji R. Stringfellow | 7 | Surratt-States | Case | db | | |
| 10-54670 | Velletta Jean Gardley | 7 | Rendlen | Case | db | | |
| 10-54671 | Ann M Montague | 7 | Rendlen | Case | db | | |
| 10-54672 | Tammy J Wilson | 7 | Schermer | Case | db | | |
| 10-54673 | Janice Trotter | 7 | Rendlen | Case | db | | |
| 11-40281 | Robert Myers and Iris Myers | 7 | Surratt-States | Radloff | db | | |
| 11-40285 | Cheryl D. Anderson | 7 | Schermer | Radloff | db | | |
| 11-40286 | Ahmed Jez and Tatiana Mandrapa | 7 | Rendlen | Radloff | db | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11-40287 | Angela N Gilmore | 7 | Rendlen | Radloff | db | | |
| 11-40289 | Dawn M Rieves | 7 | Surratt-States | Radloff | db | | |
| 11-40290 | Gary W Hogue | 7 | Surratt-States | Radloff | db | | |
| 11-40291 | Dolores A Naegeli | 7 | Rendlen | Radloff | db | | |
| 11-40292 | Bobbie J Willis | 7 | Rendlen | Radloff | db | | |
| 11-40294 | Thomas A. Dalton and Bonnie J. Dalton | 7 | Rendlen | Riske | db | | |
| 11-40517 | Terry Rowe | 7 | Rendlen | Sosne | db | | |
| 11-40531 | Craig A Chamberlain and Chrystal M Chamberlain | 7 | Surratt-States | Sosne | db | | |
| 11-40637 | Mindy A. Keller | 7 | Rendlen | Brown | db | | |
| 11-40647 | Pete R. Kostecki | 7 | Schermer | Brown | db | | |
| 11-40662 | Carolyn Marie Thornton | 7 | Surratt-States | Brown | db | | |
| 11-40664 | Clarence H Bechtel and Charlotte S Bechtel | 7 | Surratt-States | Brown | db | | |
| 11-40666 | John Joseph Sander | 7 | Surratt-States | Brown | db | | |
| 11-40711 | Charles W Ray and Christine R Ray | 7 | Surratt-States | O'Loughlin | db | | |
| 11-40720 | Bobbie Gean Mitchell | 7 | Schermer | O'Loughlin | db | | |
| 11-40726 | Audrey D. Harris | 7 | Rendlen | O'Loughlin | db | | |
| 11-40731 | Andrew R Miller | 7 | Surratt-States | O'Loughlin | db | | |
| 11-40734 | James Stephen Hock | 7 | Surratt-States | O'Loughlin | db | | |
| 11-40740 | Kil H No | 7 | Rendlen | O'Loughlin | db | | |
| 11-40743 | Vanessa A Turmon | 7 | Schermer | O'Loughlin | db | | |
| 11-40745 | Candice E Webb | 7 | Rendlen | O'Loughlin | db | | |
| 11-40748 | Barbara A Warzycki | 7 | Rendlen | O'Loughlin | db | | |
| 11-40756 | Robert Joseph Allen | 7 | Rendlen | O'Loughlin | db | | |
| 11-40758 | Juanita Dewanda Young | 7 | Rendlen | O'Loughlin | db | | |
| 11-40789 | Mary J Sheets | 7 | Schermer | Cruse | db | | |

| 11-40800 | Michelle M. Royal | 7 | Rendlen | Cruse | db | | |
|-----------|-------------------|---|---------|-------|----|----|----|
| 11-40996 | Kimberly A Ramsey | 7 | Surratt-States | Riske | db | | |

Number of cases on this list: 479